

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00418-CV

| | | |
|---|---|---|
| JAMES MCWILLIAMS, Appellant | § | On Appeal from the 271st District Court |
| | § | of Wise County (CV23-06-463) |
| V. | § | August 22, 2024 |
| KO CONSTRUCTION, LLC, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant James McWilliams shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
Justice Mike Wallach